No. 86–1151. FRINK ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Commissioner* v. *Bollinger, ante,* p. 340. ■

No. 86–1152. GEORGE ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Commissioner* v. *Bollinger, ante,* p. 340. ■

No. D–658. IN RE DISBARMENT OF ROBINSON. Disbarment entered. [For earlier order herein, see 484 U. S. 893.]

No. D–660. IN RE DISBARMENT OF SCHULER. Disbarment entered. [For earlier order herein, see 484 U. S. 940.]

No. D–666. IN RE DISBARMENT OF KEEHAN. Disbarment entered. [For earlier order herein, see 484 U. S. 999.]

No. D–669. IN RE DISBARMENT OF WADE. Disbarment entered. [For earlier order herein, see 484 U. S. 1039.]

No. D–684. IN RE DISBARMENT OF SCHULTZ. It is ordered that Marc G. Schultz, of North Woodmere, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–685. IN RE DISBARMENT OF STRAUSS. It is ordered that Stephen N. Strauss, of Selden, N. Y., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–686. IN RE DISBARMENT OF WARREN. It is ordered that David Warren, of Irvine, Cal., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.